1  SCOTT S. FURSTMAN
   State Bar No.76476
2  1541 The Alameda
   San Jose, California 95126
3  Telephone (408) 292-4132
   Facsimile  (408) 292-4162
4
   Attorney for Defendant,
5  JORGE ARMANDO GONZALEZ

6

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,            **No. CR S 05-00383 WBS**

             Plaintiff,
12
                                         **STIPULATION RE:  CONTINUANCE OF**
      v.                                 **TRIAL; TO VACATE TRIAL**
13                                        **CONFIRMATION HEARING AND TO**
                                         **EXCLUDE TIME; [PROPOSED] ORDER**
14  FRANCISCO MIGUEL ANGEL
    NAJERA-GORDILLO and JORGE
    ARMANDO GONZALEZ,
15
             Defendants.
16

17

18         The defendant, through his counsel of record and plaintiff, through its counsel of record,

19  hereby stipulate that the trial in the above-entitled matter, presently set for August 29, 2006 may

20  be continued to October 3, 2006.  This stipulation is entered into at the request of the counsel for

21  the defendant as counsel will be engaged in a multi defendant criminal trial in San Jose on the

22  date presently set. It is anticipated that the San Jose trial will last throughout September 2006.

23  Accordingly, the date of October 3, 2006 at 9:00 a.m. is respectfully suggested for trial and that

24  the trial confirmation hearing of August 16, 2006 be vacated and re-set for September 20, 2006.

25         The parties further stipulate that the time from August 29, 2006 to October 3, 2006 is

26

27  excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18

28  USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and

                                        1
                    **STIPULATION RE:  CONTINUANCE OF TRIAL**

PDF created with pdfFactory trial version www.pdffactory.com

1   continuity of counsel and further that the ends of justice outweigh the public's interest in a

2   speedy trial.

3            It is so stipulated.                              /s/ Scott S. Furstman

4   Dated:  August 12, 2006          _____

5                                                  SCOTT S. FURSTMAN
                                                   Attorney for Defendant,
6                                                  Jose Armando Gonzalez

7

8                                                   /s/ Ellen V. Endrizzi

9   Dated : August 12, 2006          _____

10                                                 ELLEN V. ENDRIZZI
                                                   Assistant U.S. Attorney
11                                                 per telephonic authority

12

13                                          **ORDER**

14            Good cause appearing and the parties having stipulated thereto, it is ordered that trial in

15   the above-entitled matter be continued from August 29, 2006 to October 3, 2006 at 9:00 a.m.

16   and that trial confirmation hearing is re-set for September 20, 2006.  It is further ordered that the

17   time between August 29, 2006 and October 3, 2006 is excludable under 18 USC §§ 3161

18   (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the

19   ends of justice outweigh the public's interest in a speedy trial by excluding time and continuing

20   trial to October 3, 2006.

21            It is so ordered.

22
23   Dated: August 15, 2006

24   _____
     WILLIAM B. SHUBB
25   UNITED STATES DISTRICT JUDGE

26

27

28
                                              2
                       **STIPULATION RE:  CONTINUANCE OF TRIAL**

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over

the age of eighteen (18) years and not a party to the within entitled action.  My business address

is: 1541 The Alameda, San Jose, CA 95126.  On August 12, 2006, I served a copy of the

document(s) described below:

( X )   [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class
        postage fully prepaid, in a facility regularly maintained by the United States
        Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]     By consigning such copy in a sealed
        envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]     By consigning such copy in a sealed envelope to a
        messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]     By consigning such copy to a
        facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE TRIAL**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**Assistant U.S. Attorney**
**501 I Street, Suite 10-100**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

August 12, 2006, 2006 at San Jose, California.

_____
Scott S. Furstman

3
STIPULATION RE:  CONTINUANCE OF TRIAL

PDF created with pdfFactory trial version www.pdffactory.com