SCOTT S. FURSTMAN
State Bar No.76476
1541 The Alameda
San Jose, California 95126
Telephone (408) 292-4132
Facsimile (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE ARMANDO GONZALEZ,

Defendant.

**No. CR S 05-00383 WBS**

**STIPULATION RE: CONTINUANCE; VACATING OF TRIAL DATE AND FINDINGS OF EXCLUDABLE TIME; [~~PROPOSED~~] ORDER**

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the status conference / trial confirmation hearing in the above-entitled matter, presently set for November 29, 2006 may be vacated and the matter set for further status conference on January 8, 2007 at 8:30 a.m. It is further stipulated that the current trial date of December 19, 2006 may be vacated.

This stipulation is entered into at the request of the defendant, Jorge Armando Gonzalez, to allow additional time for preparation of the case, investigation, and to allow the parties to explore disposition.

The parties further stipulate that the time from November 29, 2006 to January 8, 2007, is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18



PDF created with pdfFactory trial version www.pdffactory.com

USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

It is so stipulated.

Dated: November 27, 2006

/s/ Scott S. Furstman

Scott S. Furstman
Attorney for Defendant,
Jose Armando Gonzalez

Dated: November 27, 2006

/s/ Ellen V. Endrizzi

ELLEN V. ENDRIZZI
Assistant U.S. Attorney
per telephonic authority

**ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the status conference / trial confirmation hearing in the above-entitled matter set for November 29, 2006 is vacated. The matter is continued for further status conference to January 8, 2007 at 8:30 a.m. The trial date of December 19, 2006 is vacated. It is further ordered that the time between November 29, 2006 and January 8, 2007 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial by excluding time and continuing the status conference to January 8, 2007.

It is so ordered.

Dated: November 29, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 1541 The Alameda, San Jose, CA 95126. On November 27, 2006, I served a copy of the document(s) described below:

( X ) [BY MAIL] By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

( ) [BY OVERNIGHT DELIVERY] By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

( ) [BY HAND DELIVERY] By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X ) [BY FACSIMILE TRANSMISSION] By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE: CONTINUANCE**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi, AUSA**
**501 I Street, Suite 10-100**
**Sacramento, CA 95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2006 at San Jose, California.

/s/ Scott S. Furstman

Scott S. Furstman



PDF created with pdfFactory trial version www.pdffactory.com