1  SCOTT S. FURSTMAN
   State Bar No.76476
2  510 North Third Street
   San Jose, California 95112
3  Telephone (408) 292-4132
   Facsimile  (408) 292-4162
4
5  Attorney for Defendant,
   JOSE ARMANDO GONZALEZ
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | **No. CR S 05-00383 WBS**<br><br>**STIPULATION RE:  CONTINUANCE OF TRIAL; TO VACATE CURRENT TRIAL CONFIRMATION HEARING AND TRIAL DATE AND TO EXCLUDE TIME; [PROPOSED] ORDER** |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the trial in the above-entitled matter, presently set for March 12, 2006 may be continued to April 3, 2007 and that the Trial Confirmation hearing set for February 26, 2007 may be vacated and continued to March 19, 2007.  This stipulation is entered into at the request of the defendant to allow counsel for the defendant further time for investigation, preparation and to further pursue and discuss plea negotiations.

The parties further stipulate that the time from March 12, 2007 to April 3, 2007 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a

1
**STIPULATION RE:  CONTINUANCE**

PDF created with pdfFactory trial version www.pdffactory.com

speedy trial.

It is so stipulated.                    /s/ Scott S. Furstman

Dated:  February 23, 2007
                                         _____
                                         SCOTT S. FURSTMAN
                                         Attorney for Defendant,
                                         Jose Armando Gonzalez


                                          /s/ Ellen V. Endrizzi
Dated:  February 23, 2007        _____
                                         ELLEN V. ENDRIZZI
                                         Assistant U.S. Attorney
                                         per telephonic authority

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the Trial Confirmation hearing in the above-entitled matter is continued from February 26, 2007 to March 19, 2007 at 9:00 a.m. and trial is continued from March 12, 2007 to April 3, 2007 at 9:00a.m.  It is further ordered that the time between March 12, 2007 and April 3, 2007 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial by excluding time and continuing trial to April 3, 2007.

It is so ordered.

Dated:  February 26, 2007

                            *[signature: William B. Shubb]*
                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

2
**STIPULATION RE:  CONTINUANCE**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over the age of eighteen (18) years and not a party to the within entitled action.  My business address is: 510 North Third Street, San Jose, CA 95112.  On February 23, 2007, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(  )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(  )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

## STIPULATION RE:  CONTINUANCE
## AND EXCLUDABLE TIME; [PROPOSED ORDER]

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 23, 2007 at San Jose, California.

_____
Scott S. Furstman

3
STIPULATION RE:  CONTINUANCE

PDF created with pdfFactory trial version www.pdffactory.com