| | |
|---|---|
| 1 | SCOTT S. FURSTMAN |
| | State Bar No.76476 |
| 2 | 510 North Third Street |
| | San Jose, California 95112 |
| 3 | Telephone (408) 292-4132 |
| | Facsimile  (408) 292-4162 |
| 4 | |
| | Attorney for Defendant |
| 5 | JOSE ARMANDO GONZALEZ |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2: 05-CR-00383 WBS |
| Plaintiff, | |
| | **STIPULATION TO:  VACATE CURRENT TRIAL CONFIRMATION HEARING AND TRIAL DATE, SET STATUS CONFERENCE, AND EXCLUDE TIME** |
| v. | |
| JORGE ARMANDO GONZALEZ, | |
| Defendant. | [~~PROPOSED~~] ORDER |

The defendant, through his counsel of record, and plaintiff, through its counsel of record, hereby stipulate that the trial confirmation hearing and the trial date in the above-captioned matter, presently set for March 19, 2007 and April 3, 2007, respectively, may be vacated.  The parties request a status conference on Monday, April 30, 2007, at 8:30 a.m.  Both counsel and the defendant are very aware that numerous extensions have been granted; however, this past week an issue arose that will require investigation by both parties.  Further, plea negotiations have not been abandoned.  Thus, this stipulation is entered into at the request of the defendant to allow counsel for the defendant further time for investigation, preparation, and to further pursue and discuss plea negotiations.

The parties further stipulate that the time from April 3, 2007 through April 30, 2007 is excludable under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) and in particular, 18 U.S.C. §§

1

PDF created with pdfFactory trial version www.pdffactory.com

3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv), to allow for adequate preparation and continuity of counsel.  Based on the particular facts of this case, the ends of justice outweigh the public's interest in a speedy trial.

Dated:  March 16, 2007

                                          LAW OFFICE OF SCOTT S. FURSTMAN

By:   /s/ Scott S. Furstman
       SCOTT S. FURSTMAN
       Attorney for Defendant,
       Jose Armando Gonzalez

Dated:  March 16, 2007

                                        McGREGOR W. SCOTT
                                        United States Attorney

By:   /s/ Ellen V. Endrizzi
       ELLEN V. ENDRIZZI
       Assistant U.S. Attorney

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the trial confirmation hearing and the trial date in the above-captioned matter, presently set for March 19, 2007 and April 3, 2007, respectively, are be vacated.  A status conference is set for Monday, April 30, 2007, at 8:30 a.m.  It is further ordered that the time between April 3, 2007 and April 30, 2007 is excludable under 18 U.S.C. §§ 3161 (h)(8)(B)(i) and (iv) to allow for further defense investigation and adequate preparation and continuity of counsel.  In this matter, the ends of justice outweigh the public's interest in a speedy trial by excluding time.

     IT IS SO ORDERED.

Dated:  March 20, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com