1 | SCOTT S. FURSTMAN
State Bar No.76476
2 | 510 North Third Street
San Jose, California 95112
3 | Telephone (408) 292-4132
Facsimile  (408) 292-4162
4
Attorney for Defendant,
5 | JORGE ARMANDO GONZALEZ

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        No. CR S 05-00383 WBS

12 | Plaintiff,

13 | v.                               **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE; AND TO EXCLUDE TIME**

14 | JORGE ARMANDO GONZALEZ,

15 | Defendant.

16

17    The defendant, through his counsel of record and plaintiff, through its counsel of record,

18 hereby stipulate that the status conference in the above-entitled matter, presently set for May 29,

19 2007 may be continued to June 18, 2007 at 8:30 A.M. This stipulation is entered into at the

20 request of the defendant as his counsel will be engaged in trial in San Jose on the date presently

21 set for status conference. The continuance will also allow the parties to pursue and discuss plea

22 negotiations.

23    The parties further stipulate that the time from May 29, 2007 to June 18, 2007 is

24

25 excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18

26 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and

27 continuity of counsel and further that the ends of justice outweigh the public's interest in a

28

1
**STIPULATION RE:  CONTINUANCE**

1 speedy trial.

2     It is so stipulated.     /s/ Scott S. Furstman

3 Dated:  May 24, 2007    _____

4     SCOTT S. FURSTMAN
    Attorney for Defendant,
5     Jose Armando Gonzalez

...

    /s/ Ellen V. Endrizzi
10 Dated:  May 24, 2007    _____

11     ELLEN V. ENDRIZZI
    Assistant U.S. Attorney
12     per telephonic authority

13

14 **ORDER**

15 Good cause appearing and the parties having stipulated thereto, it is ordered that the

16 status conference in the above-entitled matter is continued from May 29, 2007 to June 18, 2007

17 at 8:30 a.m.   It is further ordered that the time between May 29, 2007 and June 18, 2007 is

18 excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and

19 continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

20 It is so ordered.

21

22 Dated:  May 25, 2007

23 *[signature: William B. Shubb]*

24 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

25

26

27

28

2
**STIPULATION RE:  CONTINUANCE**

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On May 24, 2007, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(  )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(  )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE: CONTINUANCE**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2007 at San Jose, California.

_____
Scott S. Furstman