SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | **No. CR S 05-00383 WBS**<br><br>**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE; AND TO EXCLUDE TIME; [~~PROPOSED~~] ORDER** |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the status conference in the above-entitled matter, presently set for June 18, 2007 may be continued to July 9, 2007 at 8:30 A.M. This stipulation is entered into at the request of the defendant as his counsel remains on trial calendar in San Jose on the date presently set for status conference. The continuance will also allow the parties to pursue and discuss plea negotiations.

The parties further stipulate that the time from June 18, 2007 to July 9, 2007 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a

speedy trial.

It is so stipulated.  /s/ Scott S. Furstman

Dated: June 14, 2007  _____
SCOTT S. FURSTMAN
Attorney for Defendant,
Jose Armando Gonzalez

 /s/ Ellen V. Endrizzi
Dated: June 14, 2007  _____
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
per telephonic authority

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the status conference in the above-entitled matter is continued from June 18, 2007 to July 9, 2007 at 8:30 a.m.  It is further ordered that the time between June 18, 2007 and July 9, 2007 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

It is so ordered.

Dated: June 15, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION RE:  CONTINUANCE

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On June 14, 2007, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

## STIPULATION RE:  CONTINUANCE
## AND EXCLUDABLE TIME; [PROPOSED ORDER]

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2007 at San Jose, California.

_____
Scott S. Furstman

PDF created with pdfFactory trial version www.pdffactory.com