SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **No. CR S 05-00383 WBS** |
|---|---|
| Plaintiff, | |
| v. | **EX PARTE APPLICATION RE: CONTINUANCE OF STATUS CONFERENCE; AND TO EXCLUDE TIME; [PROPOSED] ORDER** |
| JORGE ARMANDO GONZALEZ, | |
| Defendant. | |

The defendant, through his counsel of record submits this Ex Parte Application For Order Continuing Status Conference in the above-entitled matter, from August 6, 2007 to September 10, 2007 at 8:30 A.M. the basis for this request is that counsel for the Defendant is currently engaged in an in custody criminal trial in San Mateo County in a homicide matter entitled People v. Olivas, case no. SC0058741. It is anticipated that trial will continue throughout the month of August and into early September 2007.

The Defendant further stipulates that the time from August 6, 2007 to September 10, 2007 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a

1
**STIPULATION RE:  CONTINUANCE**

PDF created with pdfFactory trial version www.pdffactory.com

speedy trial.

Assistant United States Attorney Ellen V. Endrizzi is currently out of the office until August 6, 2007, so it was not possible to ascertain her position or enter into a stipulation at this time, although she has not opposed previous continuances.

Dated:  August 3, 2007

/s/ Scott S. Furstman

_____
SCOTT S. FURSTMAN
Attorney for Defendant,
Jose Armando Gonzalez

## [~~PROPOSED~~] ORDER

Good cause appearing, it is ordered that the status conference in the above-entitled matter is continued from August 6, 2007 to September 10, 2007 at 8:30 a.m.   It is further ordered that the time between June 18, 2007 and July 9, 2007 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

It is so ordered.

Dated:  August 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION RE:  CONTINUANCE

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over the age of eighteen (18) years and not a party to the within entitled action.  My business address is: 510 North Third Street, San Jose, CA 95112.  On August 3, 2007, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(   )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**EX PARTE APPLICATION RE:  CONTINUANCE
AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi
501 I Street, Suite 10-100
Assistant U.S. Attorney
Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 3, 2007 at San Jose, California.

_____
Scott S. Furstman

3
**STIPULATION RE:  CONTINUANCE**

PDF created with pdfFactory trial version www.pdffactory.com