SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | No. CR S 05-00383 WBS<br><br>STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE; AND TO EXCLUDE TIME; [~~PROPOSED~~] ORDER |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the status conference in the above-entitled matter, presently set for September 10, 2007 may be continued to October 15, 2007 at 8:30 A.M. This stipulation is entered into at the request of the defendant to allow the parties to pursue and complete plea negotiations that were delayed due to  defense counsel's engagement in trials that commenced on July 16, 2007 and September 4, 2007.

The parties further stipulate that the time from September 10, 2007 to October 15, 2007 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a

1
**STIPULATION RE:  CONTINUANCE**

1  speedy trial.

2

3       It is so stipulated.                                /s/ Scott S. Furstman

4  Dated:  September 7, 2007              _____
5                                         SCOTT S. FURSTMAN
                                          Attorney for Defendant,
6                                         Jose Armando Gonzalez

7

8

9

10

11                                         /s/ Ellen V. Endrizzi
   Dated:  September 7, 2007              _____
12                                         ELLEN V. ENDRIZZI
                                          Assistant U.S. Attorney
13                                         per telephonic authority

14

15                              **ORDER**

16       Good cause appearing and the parties having stipulated thereto, it is ordered that the

17  status conference in the above-entitled matter is continued from September 10, 2007 to October

18  15, 2007 at 8:30 a.m.   It is further ordered that the time between September 10, 2007 and

19  October 15, 2007 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for

20  adequate preparation and continuity of counsel and that the ends of justice outweigh the public's

21  interest in a speedy trial.

22

23       It is so ordered.

24  Dated: September 10, 2007

25

26                                         WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE
27

28
                                    2
                        **STIPULATION RE:  CONTINUANCE**

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On September 7, 2007, I served a copy of the document(s) described below:

( X )  [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )  [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )  [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )  [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE
AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi
501 I Street, Suite 10-100
Assistant U.S. Attorney
Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2007 at San Jose, California.

/s/ Scott S. Furstman

_____
Scott S. Furstman