1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | **No. CR S 05-00383 WBS**<br><br>**STIPULATION RE:  CONTINUANCE OF TRIAL CONFIRMATION HEARING; TRIAL; AND TO EXCLUDE TIME; [~~PROPOSED~~] ORDER** |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the Trial Confirmation Hearing in the above-entitled matter, presently set for April 7, 2008 and the trial, presently set for April 22, 2008 may be continued respectively to May 5, 2008 at 8:30 A.M. and May 13, 2008 at 9:00 A.M. This stipulation is entered into at the request of the defendant as his counsel will be other wise engaged on the dates presently set. Further, the continuance will also allow the parties to continue to pursue and discuss plea negotiations.

The parties further stipulate that the time from April 7, 2008 to May 13, 2008 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and

1   continuity of counsel and further that the ends of justice outweigh the public's interest in a

2   speedy trial.

3        It is so stipulated.                    /s/ Scott S. Furstman

4   Dated:  April 2, 2008           _____

5                                   SCOTT S. FURSTMAN
                                    Attorney for Defendant,
6                                   Jorge Armando Gonzalez

7

8

9

10

11                                       /s/ Ellen V. Endrizzi
    Dated:  April 2, 2008           _____
12                                   ELLEN V. ENDRIZZI
                                    Assistant U.S. Attorney
13                                   per telephonic authority

14

15                              **<u>ORDER</u>**

16       Good cause appearing and the parties having stipulated thereto, it is ordered that the

17  Trial Confirmation Hearing in the above-entitled matter is continued from April 7, 2008 to

18  **<u>May 5, 2008 at 8:30 a.m</u>**. and trial is continued from April 22, 2008 to **<u>May 13, 2008 at</u>**

19  **<u>9:00 A.M</u>**.  It is further ordered that the time between April 7, 2008 and May 13, 2008 is

20  excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and

21  continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

22       It is so ordered.

23

24  Dated:  April 3, 2008

25

26  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
27

28

                                    2

1

2

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

3

I, the undersigned, declare:

4

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over

5

6

the age of eighteen (18) years and not a party to the within entitled action.  My business address

7

is: 510 North Third Street, San Jose, CA 95112.  On April 2, 2008, I served a copy of the

8

document(s) described below:

9

( X )   [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class
postage fully prepaid, in a facility regularly maintained by the United States
Postal Service for collection and mailing.

10

11

(   )   [BY OVERNIGHT DELIVERY]     By consigning such copy in a sealed
envelope to an overnight courier for next business day delivery.

12

13

(   )   [BY HAND DELIVERY]     By consigning such copy in a sealed envelope to a
messenger for guaranteed hand delivery.

14

( X )   [BY FACSIMILE TRANSMISSION]        By consigning such copy to a
facsimile operator for transmittal.

15

16

**STIPULATION RE:  CONTINUANCE**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

17

in the manner identified above on those persons listed below:

18

**Ellen Endrizzi**

19

**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**

20

**Sacramento, CA  95814**

21

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

22

April 2, 2008 at San Jose, California.

23

24

_____

25

Scott S. Furstman

26

27

28

STIPULATION RE:  CONTINUANCE