1   SCOTT S. FURSTMAN
    State Bar No.76476
2   510 North Third Street
    San Jose, California 95112
3   Telephone (408) 292-4132
    Facsimile  (408) 292-4162
4
    Attorney for Defendant,
5   JORGE ARMANDO GONZALEZ

6

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,          **No. CR S 05-00383 WBS**

12              Plaintiff,

13         v.                          **STIPULATION RE:  CONTINUANCE OF
                                       TRIAL CONFIRMATION HEARING;
                                       TRIAL; AND TO EXCLUDE TIME;**
14  JORGE ARMANDO GONZALEZ,            **[~~PROPOSED~~] ORDER**

15              Defendant.

16

17          The defendant, through his counsel of record and plaintiff, through its counsel of record,

18  hereby stipulate that the Trial Confirmation Hearing in the above-entitled matter, presently set

19  for May 5, 2008 and the trial, presently set for May 13, 2008 may be continued respectively to

20  June 9, 2008 at 8:30 A.M. and June 17, 2008 at 9:00 A.M. This stipulation is entered into at the

21  request of the defendant as his counsel will be other wise unavailable on the dates presently set.

22  Further, the continuance will also allow the parties to continue to pursue and discuss plea

23  negotiations.

24          The parties further stipulate that the time from May 5, 2008 to June 17, 2008 is

25

26  excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18

27  USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and

28

                                          1
                        **STIPULATION RE:  CONTINUANCE**

1  continuity of counsel and further that the ends of justice outweigh the public's interest in a

2  speedy trial.

3      It is so stipulated.                          /s/ Scott S. Furstman

4  Dated:  May 1, 2008          _____

5                                                      SCOTT S. FURSTMAN
                                                        Attorney for Defendant,
6                                                      Jorge Armando Gonzalez

7

8

9

10

11                                                   /s/ Ellen V. Endrizzi
   Dated:  May 1, 2008          _____
12                                                   ELLEN V. ENDRIZZI
                                                      Assistant U.S. Attorney
13                                                   per telephonic authority

14

15                              **ORDER**

16      Good cause appearing and the parties having stipulated thereto, it is ordered that the

17  Trial Confirmation Hearing in the above-entitled matter is continued from May 5, 2008 to June

18  9, 2008 at 8:30 a.m. and trial is continued from May 13, 2008 to June 17, 2008 at 9:00 A.M.  It

19  is further ordered that the time between May 5, 2008 and June 17, 2008 is excludable under 18

20  USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel

21  and that the ends of justice outweigh the public's interest in a speedy trial.

22

23      It is so ordered.

24  Dated:  May 2, 2008

25

26  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
27

28

STIPULATION RE:  CONTINUANCE

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over

the age of eighteen (18) years and not a party to the within entitled action.  My business address

is: 510 North Third Street, San Jose, CA 95112.  On May 1, 2008, I served a copy of the

document(s) described below:

( X )    [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class
         postage fully prepaid, in a facility regularly maintained by the United States
         Postal Service for collection and mailing.

(   )    [BY OVERNIGHT DELIVERY]    By consigning such copy in a sealed
         envelope to an overnight courier for next business day delivery.

(   )    [BY HAND DELIVERY]    By consigning such copy in a sealed envelope to a
         messenger for guaranteed hand delivery.

( X )    [BY FACSIMILE TRANSMISSION]    By consigning such copy to a
         facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

May 1, 2008 at San Jose, California.

_____
                                  Scott S. Furstman

**STIPULATION RE:  CONTINUANCE**