SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>　　　　Defendant. | No. CR S 05-00383 WBS<br><br><br>STIPULATION RE:  VACATING TRIAL CONFIRMATION HEARING AND TRIAL; SETTING STATUS CONFERENCE AND TO EXCLUDE TIME; [~~PROPOSED~~] ORDER |

　　　　The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the Trial Confirmation Hearing and Trial in the above-entitled matter, presently set for June 9, 2008 and June 17, 2008 respectively, may be vacated and a Status Conference/Change of Plea Hearing set for July 14, 2008 at 2008 at 8:30 A.M.

　　　This stipulation is entered into at the request of the defendant to allow the parties to continue to pursue and discuss plea negotiations.

　　　　The parties further stipulate that the time from June 9, 2008 to July 14, 2008 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a

speedy trial.

    It is so stipulated.                /s/ Scott S. Furstman

Dated: June 6, 2008              _____
                                        SCOTT S. FURSTMAN
                                        Attorney for Defendant,
                                        Jorge Armando Gonzalez

                                        /s/ Ellen V. Endrizzi

Dated: June 6, 2008              _____
                                        ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorney
                                        per telephonic authority

## **ORDER**

    Good cause appearing and the parties having stipulated thereto, it is ordered that the Trial Confirmation Hearing and Trial dates in the above-entitled matter are vacated, and the matter is continued from June 9, 2008 to July 14, 2008 at 8:30 a.m. for Status Conference/Change of Plea. It is further ordered that the time between May 5, 2008 and June 17, 2008 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

    It is so ordered.

Dated: June 9, 2008

                                                      *[signature]*
                                                    WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE