SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | No. CR S 05-00383 WBS<br><br>STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE AND TO EXCLUDE TIME; [~~PROPOSED~~] ORDER |

    The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the Status Conference in the above-entitled matter, presently set for July 14, 2008 may be continued to August 25, 2008 8:30 A.M.

    This stipulation is entered into at the request of the defendant as his counsel will be unavailable on the date presently set for Status Conference and to allow the parties to continue to pursue and discuss plea negotiations.

    The parties further stipulate that the time from July 14, 2008 to August 25, 2008 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a

speedy trial.

It is so stipulated.                              /s/ Scott S. Furstman

Dated: July 10, 2008                    _____
                                         SCOTT S. FURSTMAN
                                         Attorney for Defendant,
                                         Jorge Armando Gonzalez


                                              /s/ Ellen V. Endrizzi
Dated: July 10, 2008                    _____
                                         ELLEN V. ENDRIZZI
                                         Assistant U.S. Attorney
                                         per telephonic authority

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the Status Conference presently set for July 14, 2008 is continued to August 25, 2008 at 8:30 a.m. It is further ordered that the time between July 14, 2008 and August 25, 2008 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

It is so ordered.

Dated: July 11, 2008

                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On July 10, 2008, I served a copy of the document(s) described below:

( X ) [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   ) [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   ) [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(   ) [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE: CONTINUANCE**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2008 at San Jose, California.

_____
Scott S. Furstman