1   SCOTT S. FURSTMAN
    State Bar No.76476
2   510 North Third Street
    San Jose, California 95112
3   Telephone (408) 292-4132
    Facsimile  (408) 292-4162
4
    Attorney for Defendant,
5   JORGE ARMANDO GONZALEZ

6

7

8                   **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

    UNITED STATES OF AMERICA,            **No. CR S 05-00383 WBS**
11
                Plaintiff,
12                                       **STIPULATION RE:  CONTINUANCE OF**
                                         **STATUS CONFERENCE, TO VACATE**
13          v.                           **AND TO EXCLUDE TIME; [~~PROPOSED~~]**
                                         **ORDER**
    JORGE ARMANDO GONZALEZ,
14
                Defendant.
15

16

17       The defendant, through his counsel of record and plaintiff, through its counsel of record,

18  hereby stipulate that the Status Conference in the above-entitled matter, presently set for

19  February 2, 2009 may be continued to March 30, 2009 8:30 A.M., and that the trial date of

20  February 24, 2009 may be vacated.

21       This stipulation is entered into at the request of the defendant as his counsel will be

22  unavailable on the date presently set for Status Conference and further to allow the defense to

23
    seek expungements of state court matters prior to entry of plea so the parties may  finalize a plea
24
    agreement. The parties also request that the current trial date of February 24, 2009 be vacated
25

26       The parties further stipulate that the time from January 26, 2009 to March 30, 2009 is

27  excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18

28
                                      1

USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and

continuity of counsel and further that the ends of justice outweigh the public's interest in a

speedy trial.

It is so stipulated.                                      /s/ Scott S. Furstman

Dated:  January 30, 2009                     _____
                                                         SCOTT S. FURSTMAN
                                                         Attorney for Defendant,
                                                         Jorge Armando Gonzalez


                                                         /s/ Ellen V. Endrizzi

Dated:  January 30, 2009                     _____
                                                         ELLEN V. ENDRIZZI
                                                         Assistant U.S. Attorney
                                                         per telephonic authority

### ORDER

Good cause appearing and the parties having stipulated thereto, it is ordered that the

Status Conference presently set for February 2, 2009 is continued to March 30, 2009 at 8:30

a.m. and that the trial date of February 24, 2009 be vacated. It is further ordered that the time

between January 26, 2009 and March 30, 2009, is excludable under 18 USC §§ 3161

(h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the

ends of justice outweigh the public's interest in a speedy trial.

It is so ordered.

Dated: February 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**STIPULATION RE:  CONTINUANCE**

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over the age of eighteen (18) years and not a party to the within entitled action.  My business address is: 510 North Third Street, San Jose, CA 95112.  On January 30, 2009, I served a copy of the document(s) described below:

( X )   [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]     By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]     By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(   )   [BY FACSIMILE TRANSMISSION]     By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on OctoJanuary 30, 2009 at San Jose, California.

/s/ Scott S. Furstman

_____
Scott S. Furstman

3
STIPULATION RE:  CONTINUANCE