SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | No. CR S 05-00383 WBS<br><br>**EX PARTE APPLICATION RE: ORDER FOR EYE EXAMINATION AND REPLACEMENT OF EYE GLASSES; [~~PROPOSED~~] ORDER** |

    The defendant, through his counsel of record submits this Ex Parte Application For an Order that the defendant be examined by an optometrist or ophthalmologist and that his eye glasses be replaced with a new prescription, as necessary.

    The defendant is currently housed at the Sacramento County Jail and has made repeated requests of staff for an eye exam and replacement glasses. They have been unresponsive and this Ex Parte Application and Proposed Order now follows.

//

//

//

//

1
**EX PARTE APPLICATION; PROPOSED ORDER**

Respectfully submitted,

/s/ Scott S. Furstman

Dated: December 4, 2008

_____
SCOTT S. FURSTMAN
Attorney for Defendant,
Jose Armando Gonzalez

## **ORDER**

The court has no objection to defendant Jorge Gonzalez, inmate number 4163494, being given an eye examination and his eye glass prescription being replaced, as necessary, if that is consistent with the treatment accorded to other inmates similarly situated in the Sacramento County Jail and other prisoners in the pretrial custody of the United States Marshal..

Dated: March 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**P**ROOF OF SERVICE

**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On December 4, 2008, I served a copy of the document(s) described below:

( X )  [BY MAIL]  By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(  )  [BY OVERNIGHT DELIVERY]  By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(  )  [BY HAND DELIVERY]  By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(  )  [BY FACSIMILE TRANSMISSION]  By consigning such copy to a facsimile operator for transmittal.

**EX PARTE APPLICATION;**
**[PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2008 at San Jose, California.

_____
Scott S. Furstman