SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR S 05-00383 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE, AND TO EXCLUDE TIME; [~~PROPOSED~~] ORDER** |
| JORGE ARMANDO GONZALEZ, | |
| Defendant. | |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the Status Conference in the above-entitled matter, presently set for March 30, 2009 may be continued to June 1, 2009 8:30 A.M.

This stipulation is entered into at the request of the defendant as his counsel to allow the defense to seek expungements of state court matters prior to entry of plea so the parties may finalize a plea agreement. A plea prior to expungement would preclude even discretionary relief by the State courts.

The parties further stipulate that the time from March 30, 2009 to June 1, 2009 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and

continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

It is so stipulated.  /s/ Scott S. Furstman

Dated: March 25, 2009

_____
SCOTT S. FURSTMAN
Attorney for Defendant,
Jorge Armando Gonzalez

/s/ Ellen V. Endrizzi

Dated: March 25, 2009

_____
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
per telephonic authority

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the Status Conference presently set for March 30, 2009 is continued to June 1, 2009 at 8:30 a.m. It is further ordered that the time between March 30, 2009 and June 1, 2009, is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

It is so ordered.

Dated: March 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On March 25, 2009, I served a copy of the document(s) described below:

( X )  [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(  )  [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(  )  [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(  )  [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

## STIPULATION RE:  CONTINUANCE
## AND EXCLUDABLE TIME; [PROPOSED ORDER]

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2009 at San Jose, California.

/s/ Scott S. Furstman

_____
Scott S. Furstman