1  SCOTT S. FURSTMAN
   State Bar No.76476
2  510 North Third Street
   San Jose, California 95112
3  Telephone (408) 292-4132
   Facsimile  (408) 292-4162
4
   Attorney for Defendant,
5  JORGE ARMANDO GONZALEZ

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         No. CR S 05-00383 WBS

12         Plaintiff,

                                     STIPULATION RE:  CONTINUANCE OF
13      v.                           STATUS CONFERENCE, AND TO
                                     EXCLUDE TIME; [PROPOSED] ORDER
14 JORGE ARMANDO GONZALEZ,

15         Defendant.

16

17     The defendant, through his counsel of record and plaintiff, through its counsel of record,

18 hereby stipulate that the Status Conference in the above-entitled matter, presently set for August

19 3, 2009 may be continued to September 28, 2009 at 8:30 A.M.

20     This stipulation is entered into at the request of the defendant as his counsel is presently

21 scheduled to commence trial on August 3, 2009. Further additional time will allow the parties to

22 attempt to finalize a plea agreement.

23     The parties further stipulate that the time from August 3, 2009 to September 28, 2009 is

24

25 excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18

26 USC §§ 3161(h)(7)(A) and 3161 (B) (ii)(iv) to allow for adequate preparation and continuity of

27 counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

28

                                              1
                                   STIPULATION RE:  CONTINUANCE

//

It is so stipulated.                             /s/ Scott S. Furstman

Dated: July 30, 2009                   _____
                                        SCOTT S. FURSTMAN
                                        Attorney for Defendant,
                                        Jorge Armando Gonzalez


                                                 /s/ Ellen V. Endrizzi
Dated: July 30, 2009                   _____
                                        ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorney
                                        per telephonic authority

### **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the Status Conference presently set for August 3, 2009 is continued to September 28, 2009 at 8:30 a.m. It is further ordered that the time between August 3, 2009 and September 28, 2009, is excludable under 18 USC §§ 3161 (h)(7)(A) and (B)(ii)(vi) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

It is so ordered.

Dated: August 12, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On July 30, 2009, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(   )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE**
**AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2009 at San Jose, California.

/s/ Scott S. Furstman

_____
Scott S. Furstman