SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR S 05-00383 WBS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE, AND TO EXCLUDE TIME; [PROPOSED] ORDER |
| JORGE ARMANDO GONZALEZ, | |
| Defendant. | |

   The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the Status Conference in the above-entitled matter, presently set for September 28, 2009 may be continued to October 13, 2009 at 8:30 A.M.

   This stipulation is entered into at the request of the defendant as additional time is necessary to the parties to attempt to finalize a plea agreement.

   The parties further stipulate that the time from September 28, 2009 to October 13, 2009 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(7)(A) and 3161 (B) (ii)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

//

1

**STIPULATION RE:  CONTINUANCE**

It is so stipulated.   /s/ Scott S. Furstman

Dated:  September 24, 2009   _____
SCOTT S. FURSTMAN
Attorney for Defendant,
Jorge Armando Gonzalez

/s/ Ellen V. Endrizzi

Dated:  September 24, 2009   _____
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
per telephonic authority

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the Status Conference presently set for September 28, 2009 is continued to October 13, 2009 at 8:30 a.m. It is further ordered that the time between September 28, 2009 and October 13, 2009, is excludable under 18 USC §§ 3161 (h)(7)(A) and (B)(ii)(vi) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

It is so ordered.

Dated:  September 24, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE