SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | No. CR S 05-00383 WBS<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING |

    The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that Sentencing in the above-entitled matter, presently set for January 11, 2010 may be continued to March 8, 2010 at 8:30 A.M.

    This stipulation is entered into at the request of the defendant as additional time is necessary for the parties to resolve sentencing issues.

    The parties further stipulate that the time for disclosure of the draft pre sentence report shall be February 1, 2010; objections thereto shall be submitted on or before February 15, 2010, and; final disclosure of the pre sentence report shall be February 22, 2010.

//

//

1

STIPULATION RE:  CONTINUANCE

It is so stipulated.                                    /s/ Scott S. Furstman

Dated:  December 2, 2009                       _____
                                                SCOTT S. FURSTMAN
                                                Attorney for Defendant,
                                                Jorge Armando Gonzalez

                                                 /s/ Ellen V. Endrizzi
Dated:   December 2, 2009                      _____
                                                ELLEN V. ENDRIZZI
                                                Assistant U.S. Attorney
                                                per telephonic authority

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that sentencing is continued to March 8, 2010 at 8:30 a.m.

It is so ordered.

Dated: December 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On December 3, 2009, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(   )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 3, 2009 at San Jose, California.

/s/ Scott S. Furstman

_____
Scott S. Furstman

3
**STIPULATION RE:  CONTINUANCE**