SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | No. CR S 05-00383 WBS<br><br>**STIPULATION RE:  CONTINUANCE OF SENTENCING; [PROPOSED] ORDER** |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that Sentencing in the above-entitled matter, presently set for March 8, 2010 may be continued to May 17, 2010 at 8:30 A.M.

This stipulation is entered into at the request of the defendant as additional time is necessary for the parties to resolve sentencing issues.

The draft pre sentence report has been disclosed and the parties shall submit objections thereto on or before April 26, 2010, and; final disclosure of the pre sentence report shall be May 3, 2010.

//

//

1 | It is so stipulated.                                /s/ Scott S. Furstman

2 | Dated:  March 4, 2010

3 | SCOTT S. FURSTMAN
Attorney for Defendant,
4 | Jorge Armando Gonzalez

/s/ Ellen V. Endrizzi

9 | Dated:  March 4, 2010

ELLEN V. ENDRIZZI
Assistant U.S. Attorney
per telephonic authority

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that sentencing is continued to May 17, 2010 at 8:30 a.m.

It is so ordered.

Dated:  March 4, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On March 4, 2010, I served a copy of the document(s) described below:

( X )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(   )   [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2010 at San Jose, California.

/s/ Scott S. Furstman

_____
Scott S. Furstman