1

2

3

4

5

SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JORGE ARMANDO GONZALEZ

6

7

8

9

10

11

12

13

14

15

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>            Defendant. | **No. CR S 05-00383 WBS**<br><br><br>**STIPULATION RE:  CONTINUANCE OF<br>SENTENCING; [~~PROPOSED~~] ORDER** |

16

17

18

19

20

21

22

23

24

25

26

27

28

        The defendant, through his counsel of record and plaintiff, through its counsel of record,

hereby stipulate that Sentencing in the above-entitled matter, presently set for May 17, 2010

may be continued to June 14, 2010 at 8:30 a.m.

        This stipulation is entered into at the request of the defendant as additional time is

necessary for the parties to resolve sentencing issues. The defendant and counsel have met and

reviewed the pre sentence report. A sentencing memorandum on behalf of defendant is being

completed and will be filed with the Court; however, additional time is necessary to complete

the final revisions to the memorandum

        Wherefore it is requested that sentencing be continued to June 14, 2010 at 8:30 a.m.

//

1     It is so stipulated.                          /s/ Scott S. Furstman

2   Dated:  May 14, 2010              _____

3                                     SCOTT S. FURSTMAN
                                      Attorney for Defendant,
4                                     Jorge Armando Gonzalez

5

6

7

8                                             /s/ Ellen V. Endrizzi

9   Dated:  May 14, 2010              _____

10                                    ELLEN V. ENDRIZZI
                                      Assistant U.S. Attorney
11                                    per telephonic authority

12                                     **ORDER**

13

14        Good cause appearing and the parties having stipulated thereto, it is ordered that

15   sentencing is continued to June 14, 2010 at 8:30 a.m.

16        It is so ordered.

17   Dated: May 14, 2010

18

19                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

2
**STIPULATION RE:  CONTINUANCE**

1

2

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

3

I, the undersigned, declare:

4

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over

5

6

the age of eighteen (18) years and not a party to the within entitled action.  My business address

7

is: 510 North Third Street, San Jose, CA 95112.  On May 14, 2010, I served a copy of the

8

document(s) described below:

9

( X )   [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class
postage fully prepaid, in a facility regularly maintained by the United States
Postal Service for collection and mailing.

10

11

(   )   [BY OVERNIGHT DELIVERY]     By consigning such copy in a sealed
envelope to an overnight courier for next business day delivery.

12

13

(   )   [BY HAND DELIVERY]     By consigning such copy in a sealed envelope to a
messenger for guaranteed hand delivery.

14

(   )   [BY FACSIMILE TRANSMISSION]        By consigning such copy to a
facsimile operator for transmittal.

15

16

**STIPULATION RE:  CONTINUANCE; [PROPOSED ORDER]**

17

in the manner identified above on those persons listed below:

18

**Ellen Endrizzi**
**501 I Street, Suite 10-100**
**Assistant U.S. Attorney**
**Sacramento, CA  95814**

19

20

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

21

May 14, 2010 at San Jose, California.

22

23

/s/ Scott S. Furstman

24

_____

Scott S. Furstman

25

26

27

28

**STIPULATION RE:  CONTINUANCE**