```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELLEN V. ENDRIZZI
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone: (916) 554-2716
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  No. 2:05-CR-383 WBS
                                   )
12           Plaintiff,            )  STIPULATION AND PROPOSED ORDER
                                   )  RESETTING JUDGMENT AND SENTENCING
13       v.                        )
                                   )
14  JORGE ARMANDO GONZALEZ,        )
                                   )
15           Defendant.            )
                                   )
16
```

17    THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE, that the
18 date for imposition of judgment and sentence, currently set for June
19 14, 2010, at 8:30 a.m., be reset to July 19, 2010, at 8:30 a.m.
20    The reason for the continuance is that Assistant U.S. Attorney
21 Ellen V. Endrizzi will be in Virginia from June 13-30, for work-
22 related training.  The government thought the sentencing could go
23 forward with another prosecutor appearing for the United States,
24 however given the length of the defendant's sentencing brief filed
25 yesterday and the issues raised therein, it is best if AUSA Endrizzi
26 is present at sentencing.  No additional sentencing extensions will
27 be requested because AUSA Endrizzi will be leaving Sacramento on July
28 23, 2010, for a 14-month detail at the United States Embassy in

Baghdad, Iraq.

The parties believe that a time exclusion under Local Code T4, 18 U.S.C. § 3161(h)(7)(B)(iv), is appropriate and in the interests of justice as it will allow the defendant to prepare for oral argument at sentencing.

Dated: June 8, 2010

          Respectfully submitted,

          BENJAMIN B. WAGNER
          United States Attorney

By: /s/ Ellen V. Endrizzi
    ELLEN V. ENDRIZZI
    Assistant U.S. Attorney


          LAW OFFICE OF SCOTT L. FURSTMAN

By: /s/ Scott L. Furstman
    signature authorized telephonically
    SCOTT L. FURSTMAN
    Attorney for Jorge Gonzalez


**O R D E R**

FOR GOOD CAUSE SHOWN, and the parties having so stipulated, the date for Judgment and Sentencing in case number 2:05-cr-383 WBS currently set for June 14, 2010, is reset to July 19, 2010, at 8:30 a.m.  Additionally, time under the Speedy Trial Act is excluded pursuant to Local Code T4, 18 U.S.C. § 3161(h)(7)(B)(iv), for preparation of defense counsel and in the interests of justice.

IT IS SO ORDERED.

Dated:  June 9, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE