UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>        Defendant. | No.  2:05-CR-0383-02 WBS<br><br><br>**ORDER** |

----oo0oo----

       The court has denied defendants motion under 28 U.S.C. § 2255.  (Docket No. 247.)  There are no further matters pending before the court in this action.  Defendant's motion for appointment of counsel (Docket No. 255) is accordingly DENIED.

Dated:  October 23, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1