HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE ARMANDO GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GONZALEZ,<br><br>Defendant. | No. Cr. S 05-383-02 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, JORGE ARMANDO GONZALEZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 19, 2010, this Court sentenced Mr. Gonzalez to a term of 188 months imprisonment as to each of Counts 1 and 2, to be served concurrently for a total term of 188 months;

3. His total offense level was 35, his criminal history category was II, and the resulting guideline range was 188 to 235 months;

4.      The sentencing range applicable to Mr. Gonzalez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Gonzalez's total offense level has been reduced from 35 to 33, his amended guideline range is 151 to 188 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Gonzalez's term of imprisonment to a term of 151 months imprisonment as to each of Counts 1 and 2, to be served concurrently for a total term of 151 months.

7.      In light of the parties' stipulation, the noticed motion filed April 22, 2015, is withdrawn.

Respectfully submitted,

Dated:  April 23, 2015                              Dated:   April 23, 2015
BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/  *Jason Hitt*                                            /s/ *David M. Porter*
JASON HITT                                              DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                                Attorney for Defendant
UNITED STATES OF AMERICA              JORGE ARMANDO GONZALEZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Gonzalez is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2010 is reduced to a term of 151 months imprisonment as to each of Counts 1 and 2, to be served concurrently for a total term of 151 months.

1   IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
2   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
3   reduction in sentence, and shall serve certified copies of the amended judgment on the United
4   States Bureau of Prisons and the United States Probation Office.
5   Unless otherwise ordered, Mr. Gonzalez shall report to the United States Probation Office
6   within seventy-two hours after his release.
7   The noticed motion having been withdrawn, the hearing set for May 11, 2015 is
8   VACATED.
9   Dated:  April 27, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE